No. —. Ex parte Chesteen McConnell. March 12, 1945. Application denied.

No. —. Catovolo v. Hibbs, Commanding General. March 12, 1945. The motion for a stay of proceedings pending application for and consideration of a petition for writ of certiorari is granted.

No. 982. Wisconsin ex rel. Bartelt, Administrator, v. Thompson et al. March 26, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Phelps* v. *Board of Education,* 300 U. S. 319, 322–323; *Dodge* v. *Board of Education,* 302 U. S. 74, 79. *Mr. Herbert C. Hirschboeck* for appellant.

No. —. Ex parte Joseph Richetsky;
No. —. Ex parte Howard Van Orden; and
No. —. Davis v. Johnston, Warden. March 26, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte Dorsey W. McMahan. March 26, 1945. The motion for leave to file petition for writ of mandamus is denied.